IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COPPER INNOVATIONS GROUP, LLC, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>NINTENDO CO, LTD., NINTENDO OF )<br>AMERICA INC., SONY CORPORATION, )<br>SONY COMPUTER ENTERTAINMENT )<br>INC. and SONY COMPUTER )<br>ENTERTAINMENT AMERICA INC., )<br>)<br>Defendants. ) | Civil Action No. 2:07-cv-01752-DSC/ARH<br><br>Judge David Stewart Cercone/<br>Magistrate Judge Amy Reynolds Hay<br><br>JURY TRIAL DEMANDED<br><br>FILED ELECTRONICALLY |

## PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL

Plaintiff, Copper Innovations Group, LLC ("Copper") hereby dismisses without prejudice all claims against Defendants Sony Corporation and Sony Computer Entertainment Inc., as permitted by Fed. R. Civ. P. 41(a)(1). Those Defendants have not served an answer or motion for summary judgment.

This action continues against Defendants Nintendo Co., Ltd., Nintendo of America Inc. and Sony Computer Entertainment America Inc.

Dated: March 31, 2008                                          Respectfully submitted,

*Of Counsel:*

Raymond P. Niro
Timothy J. Haller
Patrick F. Solon
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

/s/ Adrian N. Roe
Adrian N. Roe
Pa. I.D. No. 61391

WATKINS DULAC & ROE P.C.
Two Gateway Center, 17 East
603 Stanwix Street
Pittsburgh, PA  15222
(412) 434-5544
aroe@watkinsdulac.com

*Attorneys for Copper Innovations Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Defendants that have entered an appearance in this matter. Additionally, I have served the foregoing on Robert W. Faris, Esq. and Michael J. Shea, Esq. by first class mail, postage prepaid.

Gene Tabachnick, Esq.
Kristen R. Rydstrom, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Robert W. Faris, Esq.
Michael J. Shea, Esq.
Nixon & Vanderhye PC
901 North Glebe Road, 11th Floor
Arlington, VA  22203-1808

Leland P. Schermer, Esq.
Bryan A. Loose, Esq.
Michael G. Monyok, Esq.
Leland Schermer & Associates
11 Stanwix Street, Suite 711
Pittsburgh, PA  15222

/s/ Adrian N. Roe
Adrian N. Roe