## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

COOPER INNOVATIONS GROUP, LLC,

    Plaintiff,

          v.

NINTENDO CO, LTD., NINTENDO OF AMERICA INC., and SONY COMPUTER ENTERTAINMENT AMERICA INC.,

    Defendants.
_____/

Civil Action No. 2:07-cv-01752 DSC-ARH

Judge David Stewart Cercone
Magistrate Judge Amy Reynolds Hay

### JOINT MOTION TO DISMISS

Plaintiff Cooper Innovations Group, LLC ("Plaintiff"), by its counsel, and Defendant Sony Computer Entertainment America Inc. (SCEA"), by its counsel, jointly move under Fed. R. Civ. P. 41(a)(2) to dismiss this suit with prejudice with respect to Defendant SCEA, which agrees to the dismissal, and in support thereof they jointly state that:

    1.    Plaintiff and SCEA have reached a settlement of the claims and counterclaims between them.

    2.    Plaintiff and SCEA desire that all the claims and causes of action in this matter by Plaintiff against SCEA be dismissed with prejudice, and that all the claims and causes of action in this matter by SCEA against Plaintiff be dismissed with prejudice.

    3.    Plaintiff and SCEA further desire that Plaintiff and SCEA shall bear their own attorneys' fees and costs incurred in connection with this action.

    4.    Plaintiff and SCEA still further desire that the dismissal be in accordance with the Order of Dismissal With Prejudice and Final Judgment supplied herewith.

WHEREFORE, Plaintiff and SCEA hereby move for the entry of the Order of Dismissal With Prejudice and Final Judgment supplied herewith.

Respectfully Submitted,

Dated:   December 9, 2008        s/ Patrick F. Solon
Adrian N. Roe
Watkins Dulac & Roe P.C.
Two Gateway Center, 17 East
603 Stanwix Street
Pittsburgh, PA 15222
Tel: 412-434-5544
Fax: 412-434-5554

Raymond P. Niro
Patrick F. Solon
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL  60602
Tel: 312-236-0733
Fax: 312-236-3137

*Attorneys for Plaintiff*

Dated:   December 9, 2008        s/ Leland P. Schermer
Leland P. Schermer
Leland Schermer & Associates, P.C.
11 Stanwix Street, 7th Floor
Pittsburgh, PA 15222
Tel: 412-642-5000
Fax: 412-642-5010

*Attorney for Defendant Sony Computer Entertainment America Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing Joint Motion to Dismiss to be served this 9th day of December, 2008, upon all counsel of record via the Western District of Pennsylvania's Electronic Case Filing System (ECF), as follows:

> Adrian N. Roe
> Watkins Dulac & Roe, P.C.
> Two Gateway Center, 17 East
> 603 Stanwix Street
> Pittsburgh, PA 15222
>
> Raymond P. Niro
> Timothy J. Haller
> Patrick F. Solon
> Sally Wiggins
> Niro, Scavone, Haller & Niro
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602
>
> Gene A. Tabachnick
> Kirsten R. Rydstrom
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
>
> Robert W. Faris
> Nixon & Vanderhye
> 901 North Glebe Road
> Suite 1100
> Arlington, VA  22203

s/Leland P. Schermer<br>
Leland P. Schermer